```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 49350
   MYRTIS JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4237


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/05/2003 and was confirmed 03/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CONSUMER FINANCE CORP      SECURED            9075.00       4149.83        9075.00
CONSUMER FINANCE CORP      UNSECURED          4224.22         .00           422.42
FIRSTAR BANK MILWAUKEE     MORTGAGE ARRE       182.48         .00           182.48
FIRSTAR BANK MILWAUKEE     CURRENT MORTG         .00          .00             .00
MB FINANCIAL BANK          SECURED            6192.88        864.64        6192.88
CITY OF CHICAGO PARKING    UNSECURED           750.00         .00            75.00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED        .00             .00
ACCOUNT MANAGEMENT SERVI   UNSECURED         NOT FILED        .00             .00
BAKER MILLER MARKOFF & K   UNSECURED         NOT FILED        .00             .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED        .00             .00
CITY OF CHICAGO WATER DE   UNSECURED         NOT FILED        .00             .00
COLLECTO/CREDIT PAC        UNSECURED         NOT FILED        .00             .00
ELISHA J GREENFIELD DDS    UNSECURED         NOT FILED        .00             .00
HISTOLOGY ASSOC            UNSECURED         NOT FILED        .00             .00
HOLY CROSS                 UNSECURED         NOT FILED        .00             .00
TRUSTMARK RECOVERY         UNSECURED         NOT FILED        .00             .00
ICE MOUNTAIN               UNSECURED         NOT FILED        .00             .00
ECAST SETTLEMENT CORP      UNSECURED           470.33         .00            47.03
MIDLAND CREDIT MANAGEMEN   UNSECURED         NOT FILED        .00             .00
NATIONWIDE CREDIT SERVIC   UNSECURED         NOT FILED        .00             .00
PEOPLES ENERGY             UNSECURED         NOT FILED        .00             .00
PLAZA ASSOCIATES           UNSECURED         NOT FILED        .00             .00
ROAMANS                    UNSECURED         NOT FILED        .00             .00
ROBERT P MISTOVICH         UNSECURED         NOT FILED        .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           917.95         .00            91.80
UNIVERISTY OF CHICAGO      UNSECURED         NOT FILED        .00             .00
ECMC                       UNSECURED         10197.96         .00          1019.80
UNIVERSITY OF CHICAGO HO   UNSECURED         NOT FILED        .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       196.20         .00           196.20
ECAST SETTLEMENT CORP      UNSECURED           535.97         .00            53.60
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,850.00                     2,850.00
TOM VAUGHN                 TRUSTEE                                         1,568.82

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 49350 MYRTIS JOHNSON
```

```
DEBTOR REFUND             REFUND                                        735.50

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  27,525.00

PRIORITY                                            196.20
SECURED                                          15,450.36
     INTEREST                                     5,014.47
UNSECURED                                         1,709.65
ADMINISTRATIVE                                    2,850.00
TRUSTEE COMPENSATION                              1,568.82
DEBTOR REFUND                                       735.50
                        ---------------      ---------------
TOTALS                   27,525.00               27,525.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
          CASE NO. 03 B 49350 MYRTIS JOHNSON